362 P.2d 1012

**Carl MARTIN, Petitioner,**

v.

**PEOPLE of the State of New Mexico et al., Respondent.**

No. 6995.

Supreme Court of New Mexico.

June 28, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason the petition states no facts justifying the issuing of writ of habeas corpus.

362 P.2d 1012

**Ernest MOSER, Petitioner,**

v.

**Harold COX, Superintendent, New Mexico State Penitentiary, Respondent.**

No. 6994.

Supreme Court of New Mexico.

June 28, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus is denied for the reason the petitioner has not exhausted his remedy in the District Court.